IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| RASHID ROY, | § | |
| | § | |
| Defendant Below, | § | No. 482, 2023 |
| Appellant, | § | |
| | § | Court Below: Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID No. 1003021785 (N) |
| | § | |
| Appellee. | § | |
| | § | |

Submitted:  March 19, 2024
Decided:     March 26, 2024

## ORDER

On February 16, 2024, the Chief Deputy Clerk sent a notice of brief delinquency to the appellant because he had not filed an opening brief by the February 13, 2024 deadline set by the Court. On February 28, 2024, the Chief Deputy Clerk issued a notice, sent by certified mail, to the appellant directing him to show cause why this appeal should not be dismissed for his failure to file an opening brief. On March 6, 2024, the Court received the certified mail receipt indicating that the notice to show cause had been delivered. To date, the appellant

has neither responded to the notice to show cause nor filed an opening brief. Dismissal of this appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the appeal is DISMISSED.

BY THE COURT:


*/s/ Karen L. Valihura*
Justice